IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MORRIS DEAN DAVIS                                                                    PLAINTIFF

V.                              CASE NO.: 3:15-CV-3024

BOONE COUNTY SHERIFF'S DEPARTMENT;
FORMER SHERIFF DONNIE HICKMAN;
GUARD JASON SILVA; and GUARD KENDRA COMBS                          DEFENDANTS

ORDER

Comes on for consideration the Report and Recommendation (Doc. 6) filed in this case on July 14, 2015, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint (Doc. 2) is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED on this 6th day of August, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE